# DIVIDENDS REMITTED TO THE COURT

## Case No. 05-11156 – GUILLORY, PAULA FAYE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Diagnostic Pathology Assoc.<br>c/o Retain Merchants Assocl<br>3830 Hwy. 365<br>Port Arthur, TX 77642 | 000003 | $ 73.80 | $ 0.01 |
| Chevron Credit Bank, NA<br>2001 Diamond Blvd.<br>PO Tox 5010, Sec. 230<br>Concord, CA 94524-0010 | 00004 | 790.23 | 0.17 |
| Internal Revenue Service<br>1919 Smith Street<br>Stop 5024 HOU<br>Houston, TX 77002 | 00007 | 143.66 | 0.03 |
| Portfolio Recovery Associates, LLC<br>Assignee of Collect America<br>PO Box 41067<br>Norfolk, VA 23541-1067 | 000008 | 5,639.12 | 1.23 |
| ECMC<br>Lockbox 8682<br>PO Box 75848<br>St. Paul, MN 55175-0848 | 000009 | 5,492.47 | 1.20 |
| B-Line, LLC<br>Assignee of Roundup Funding, LLC<br>Mail Stop 550<br>2101 Fourth Avenue, Ste. 1030 | 000010 | 7,439.30 | 1.62 |
| First National Bank in Sioux Falls<br>c/o Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barr, PA 18706 | 000011 | 3,399.16 | 0.74 |

| Creditor | Claim # | Amount | % |
|---|---|---|---|
| T-Mobile USA, Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | 000012 | 659.35 | 0.14 |
| Paragon Way, Inc.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 000013 | 12,105.42 | 2.63 |
| eCast Settlement Corporation<br>Assignee of Chase Manhattan Bank USA<br>PO Box 35480<br>Newark, NJ 07193-5480 | 000014 | 1,472.62 | 0.32 |
| eCast Settlement Corporation<br>HSBC Bank Nevada NA/HSBC Card Svcs III<br>PO Box 35480 | 000015 | 5,191.17 | 1.13 |
| Verizon Wireless South<br>AFNI/Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | 000016 | 523.35 | 0.12 |
| Ford Motor Credit<br>PO Box 537901<br>Livonia, MI 48153-7901 | 000017 | 7,771.35 | 1.70 |
| Lamar University<br>PO Box 10099<br>Beaumont, TX 77710 | 000018 | 1,180.90 | 0.25 |
| ECMC<br>Lockbox 8682<br>PO Box 75848<br>St. Paul, MN 75848 | 000021 | 17,781.39 | 3.88 |
| Roundup Fundinng, LLC<br>MS 550<br>PO box 91121<br>Seattle, WA 98111-9221 | 000022 | 7,439.30 | 1.62 |
| American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 000023 | 879.06 | 0.19 |
| Lamar University<br>PO Box 10099<br>Beaumont, TX 77710 | 000024 | 1,337.00 | 0.29 |

| | | | |
|---|---|---|---|
| Discover Bank<br>Vativ Recovery Solutions, LLC<br>Agent for Palisades/Asta Funding<br>PO Box 19249 | 000026 | 12,105.42 | 2.63 |
| Texas Guaranteed Student Loan Corp.<br>Assignee of Sallie Mae, Inc.<br>PO Box 83100<br>Round Rock, TX 78683-3100 | 000028 | 4,959.85 | 1.08 |
| Remittance Total | | $96,383.92 | $20.98 |

_____
Stephen J. Zayler, Trustee